THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SUSAN MARCOS-CHAVELA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SOCIAL SECURITY, *et al.*,<br><br>　　　　　Defendants. | CASE NO. C23-0875-JCC<br><br>ORDER |

This matter comes before the Court upon pre-service review of Plaintiff's *in forma pauperis* ("IFP") complaint (Dkt. No. 5). The Court previously noted the complaint is mostly illegible and it ordered Plaintiff to submit an amended complaint within 14 days, clearly stating her claims for relief. (Dkt. No. 6.) Plaintiff failed to do so.

The Court must dismiss a complaint prior to service if it "fails to state a claim on which relief can be granted." 28 U.S.C. § 1915(e)(2)(b)(ii); *see Lopez v. Smith*, 203 F.3d 1122, 1129 (9th Cir. 2000). The complaint must contain sufficient factual matter, accepted as true, to state a claim for relief that is plausible on its face to avoid dismissal. *Ashcroft v. Iqbal*, 556 U.S. 662, 664 (2009). The factual allegations must be "enough to raise a right to relief above the speculative level." *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555 (2007).

ORDER
C23-0875
PAGE - 1

Here, Plaintiff fails to state any specific legal claims upon which relief can be granted. (*See* Dkt. No. 6.) Accordingly, the Court DISMISSES Plaintiff's complaint (Dkt. No. 5) without prejudice.

DATED this 18th day of July 2023.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C23-0875
PAGE - 2